# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBBIE RIVA, | No. CV 13-3813-VAP (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| J. G. JANDA (Warden), | |
| Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: _June _19__, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge